UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEBRA FARMER, wife of and,** | * | **CIVIL ACTION No.:** |
| **ROB FARMER** | * | |
| | * | |
| **Plaintiffs** | * | **JUDGE:** |
| | * | |
| | * | |
| *Versus* | * | |
| | * | **MAGISTRATE:** |
| **LIGHTHOUSE PROPERTY INSURANCE** | * | |
| **CORPORATION** *And* **ADVANCED CLAIMS** | | * |
| **CONCEPTS, INC.** | * | |
| | * | **JURY DEMAND** |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES

**The complaint of** Plaintiffs Debra Farmer, wife of and Rob Farmer, both persons of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana, respectfully represent the following:

### STATEMENT OF JURISDICTION

Jurisdiction of this Court is founded on diversity of citizenship and amount under 28 U.S.C. 1332(a). The plaintiffs and defendants are domiciled in different states and the matter in controversy exceeds $75,000 because plaintiffs' damages exceed this amount.

### STATEMENT OF VENUE

Venue is proper in this district pursuant to 28 U.S.C. 1391(a)(2). As will be further discussed herein below, the property giving rise to this action is located in St. Tammany Parish,

Louisiana, within the Eastern Judicial District of Louisiana.  Therefore, the property that is the subject of the action is situated in this judicial district.

1.

Made defendants herein are:

A. **LIGHTHOUSE PROPERTY INSURANCE CORPORATION** (hereinafter referred to as "Lighthouse"), is a foreign insurance company authorized to do and doing business in the State of Louisiana, Parish of St. Tammany.  Lighthouse is an insurance company, which is, and was at all times pertinent hereto, authorized to write homeowners' insurance in the State of Louisiana.

B. **ADVANCED CLAIMS CONCEPTS, INC.** (hereinafter referred to as "Advanced"), is a foreign company authorized to do and doing business in the State of Louisiana, Parish of St. Tammany.  Advanced is a claims adjuster company, which is, and was at all times pertinent hereto, authorized to adjust claims in the State of Louisiana.

2.

Defendants are indebted unto your petitioners, jointly, severally and *in solido*, for an amount reasonable in the premises, exclusive of interest and costs, together with all costs of these proceedings and legal interest from the date of judicial demand until paid, for the following negligent acts and omissions of the insured defendants for which the defendant insurer is contractually liable within the terms and conditions of the insurance policy it issued to defendants.

3.

Prior to January 2, 2012, Plaintiffs had a homeowners policy with Citizens, which was effective March 17, 2011 to March 17, 2012.

4.

Lighthouse is justly and truly indebted to Plaintiffs herein for damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

5.

Plaintiffs own residential property located at 102 Gitz Drive, Madisonville, Louisiana 70447 (hereinafter referred to as the "Residence").

6.

On January 2, 2012, Plaintiffs had in place a contract with Lighthouse to provide homeowner's insurance (Policy No. 812224) for the Residence.

7.

On January 2, 2012, an interior plumbing leak occurred at the Residence causing the Residence to incur severe damage.

8.

The extensive damage to the Residence caused by the interior plumbing leak rendered the Residence uninhabitable.

9.

In compliance with the aforementioned Lighthouse insurance policy, Plaintiffs promptly reported the resulting interior plumbing leak damage to Lighthouse, who therefore knew almost immediately that the Residence had sustained severe physical and structural damage.

10.

Following the interior plumbing leak numerous representatives of Lighthouse either viewed the interior plumbing leak damage to Plaintiff's Residence or were directly advised about the nature and scope of the damage by the Plaintiff.

11.

In response to the filed claim, Lighthouse assigned the claim to Advanced to handle the adjustment of plaintiff's claim.

12.

Throughout the entire claims process and requested Appraisal process, Advanced and Lighthouse representatives have engaged in a conspiracy designed to delay the adjustment and complete payment of the Farmers' claims. These delay actions include, but are not limited to, arbitrarily listing proposed appraisal umpires without actually asking whether the proposed umpire is interested in the position – none of them were interested, failing to participate in the appraisal process in good faith, delaying an appraisal inspection of the property for "1 to 2 months" upon confirmation of an umpire, and arbitrarily charging fees to the insured

13.

Despite a more than sufficient proof of loss, Lighthouse has yet to tender sufficient payment under the homeowner's insurance policy and to date has continued to deny additional

coverage under the subject policy. Coverage under the policy remains available and is due to the Plaintiffs herein.

14.

At all times pertinent hereto, Lighthouse provided insurance coverage for the matters, risks, and things involved herein.

15.

Plaintiffs' homeowner's insurance policy issued by Lighthouse provides coverage for loss or damage caused by the peril of interior plumbing leak.

16.

Plaintiff is entitled to a judgment declaring that the language of Plaintiffs' insurance policy provides coverage for all damage resulting from a interior plumbing leak.

17.

The Defendants' in failing to fully and fairly adjust Plaintiffs' claims are arbitrary, capricious, and without probable cause making Lighthouse responsible for penalties provided under Louisiana law in La. R.S. 1892 and 1973.

18.

Defendants are liable unto the Plaintiffs under the following legal theories:

a. Breach of contract;

b. Bad faith claims adjusting;

c. Negligent claims adjusting;

d. Intentional infliction of emotional distress;

  e. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

19.

Defendants have committed other acts of negligence, breach of contract, and breach of its duty of good faith and fair dealing all of which will be shown and proven at the trial of this matter.

20.

As a result of Defendants' arbitrary and capricious claims adjusting practices, the Plaintiffs have sustained, or will sustain, the following, non-exclusive damages:

  a. Property damages in the amount of Lighthouse's homeowner's policy limits;

  b. Loss of use and enjoyment of property;

  c. Additional living expenses;

  d. Repair and remediation expenses;

  e. Loss of investment value of funds used to offset Lighthouse' failure to pay, including lost interest;

  f. Diminution of value of property;

  g. Extreme mental anguish, including inconvenience and aggravation;

  h. The penalties proscribed by LSA-R.S. 22:1892 and 1973;

  i. Attorney's fees and costs of this litigation; and

  j. Any and all other damages which will be shown through discovery and proven at trial.

**Plaintiffs respectfully request a trial by jury on all issues to be decided in this matter.**

**WHEREFORE**, Plaintiffs herein, DEBRA FARMER, WIFE OF/and ROB FARMER, pray that the Defendants, LIGHTHOUSE PROPERTY INSURANCE CORPORATION, AND ADVANCED CLAIMS CONCEPTS, INC., be served with a copy of this petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of the Plaintiffs and against Defendants, in an amount that will fully compensate Plaintiffs for their damages pursuant to the evidence and in accordance with the law; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

/s/ *Michael S. Brandner, Jr.*
MICHAEL S. BRANDNER, JR. (La. Bar 27973)
**BRANDNER LAW FIRM, L.L.C.**
3324 N. Causeway Blvd.
Metairie, Louisiana  70002
Telephone:  (504)552-5000
Facsimile:  (504)521-7550
Email: michael@brandnerlawfirm.com
*Attorney for Plaintiffs*